THE MERCHANTS' BANK OF CANADA, Respondent, v. NELSON HOLLAND, Impleaded, etc., Appellant.

(Argued May 25, 1876; decided June 20, 1876.)

REPORTED below, 4 Hun, 420.

*Wm. H. Greene* for the appellant.

*E. C. Sprague* for the respondent.

·Agree to affirm on opinion of referee and of General Term. Judgment affirmed.